O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON DIEU-HIEN TRAN, | ) | Case No. SACV 11-01393 DDP (RZx) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| US BANK NA., as Trustee for the TRUCAP REO PASS THROUGH TRUST, | ) ) ) | [Dkt. No. 23] |
| Defendants. | ) ) ) | |

    Presently before the court is Defendant's Motion to Dismiss Complaint. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

///

1     The hearing on Defendant's motion was set for January 9, 2012.
2  Plaintiff's opposition was therefore due by December 19, 2011.  As
3  of the date of this Order, Plaintiff has not filed an opposition,
4  or any other filing that could be construed as a request for a
5  continuance.  Accordingly, the court deems Plaintiff's failure to
6  oppose as consent to granting the motion to dismiss, and GRANTS the
7  motion.
8
9  IT IS SO ORDERED.
10
11
12 Dated: January 3, 2012
                                    DEAN D. PREGERSON
13                                  United States District Judge